**No. 53466.**—Hecht Levis & Kahn, Inc. v. United States, protest 138868–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53467.**—Frederick Miller v. United States, protests 147629–K (A) and 147630–K (A) (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53468.**—South American Minerals & Merchandise Corporation v. United States, protest 147141–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53469.**—Van Raalte Co. v. United States, protests 620500–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim of the plaintiff was therefore sustained.

**No. 53470.**—B. Altman & Co. v. United States, protest 136531–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53471.**—Pearson International, Inc. v. United States, protest 136539–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 53472.**—H. Reeve Angel & Co., Inc. v. United States, protests 143869–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.